UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ELIZABETH E LESSARD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No. 04-4066 |
| | ) |
| JO ANNE B BARNHART, | ) |
| Commissioner of Social | ) |
| Security, | ) |
| | ) |
|     Defendant. | ) |

**O R D E R**

Before the Court is Plaintiff's Motion for Attorney Fees. (Doc. 14.)  Plaintiff requests $4,047.68 in attorney's fees as well as reimbursement for the $150 filing fee from the "Judgment Fund."

Plaintiff originally sought judicial review from a decision by the Commissioner of the Social Security Administration denying disability benefits under the Social Security Act.  In this Court's order dated September 27, 2006, this Court found in favor of Plaintiff and ordered that the matter be remanded to the Commissioner of Social Security.  Plaintiff now seeks attorney's fees under the Equal Access to Justice Act (EAJA).  Plaintiff submits that she is the prevailing party and that she has a net worth of less than $2,000,000.

The Defendant agrees in their Response to this Motion (Doc. 15) that the Plaintiff is a prevailing party for purposes of the EAJA, 28 U.S.C. § 2412(d).  The Defendant advises the Court that they will not file a pleading opposing Plaintiff's application. Accordingly, this Court agrees that the Plaintiff is entitled to attorney's fees.

As for the filing fee, the Plaintiff requests that the $150 filing fee be paid out of the Judgment Fund.  However, the administration of the Judgment Fund is under the control of the General Accounting Office.  Accordingly, this Court has no authority to instruct the executive branch as to how they should reimburse the Plaintiff for the filing fee.  31 U.S.C. §§ 701 *et seq*. (2004); East v. Barnhart, 377 F.Supp.2d 1170 at fn. 15 (M.D.Ala., 2005).  As a result, this Court offers no opinion on the applicability of the Judgment Fund or the propriety of the procedure for reimbursing the Plaintiff for the filing fee. However, to aid in the administration of disbursing such costs this Court will distinguish between awards and fees.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees is GRANTED.  Plaintiff is awarded $4,047.68 in attorney's fees and a $150 reimbursement for her filing fee.

ENTERED this  17th  day of November, 2006.

                                       s/ Joe Billy McDade_____
                                           Joe Billy McDade
                                    United States District Judge